## FARM MORTGAGE & LOAN CO. v. CAMPBELL.

No. 15525—Opinion Filed Sept. 15, 1925.

Error from District Court, Okmulgee County; James Hepburn, Judge.

Action between the Farm Mortgage & Loan Company and Wm. Campbell. From the judgment, the former brings error. Reversed and remanded.

W. F. Zumbrunn and W. W. Wood, for plaintiff in error.

R. E. Simpson, for defendant in error.

PER CURIAM. Upon the authority of Ellis v Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of defendant in error to file a brief as provided by rule 7 of this court.

---

## SMITH v. McNEESE et al.

No. 15545—Opinion Filed Sept. 15, 1925.

Error from District Court, Okmulgee County; James Hepburn, Judge.

Action between Cora M. Smith and A. J. McNeese et al. From the judgment, the former brings error. Reversed and remanded.

Herbert E. Smith, for plaintiff in error.

Eaton & Gilder, for defendants in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of the defendants in error to file a brief as provided by rule 7 of this court.